United States District Court
for the
Eastern District of New York

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR - 8 2015 ★
BROOKLYN OFFICE

| | |
|---|---|
| ONEWEST BANK, N.A.<br>　　　　Plaintiff,<br>　v.<br>NECHUMA SIMON, AARON SIMON, DISCOVER BANK, NEW YORK CITY PARKING VIOLATIONS BUREAU, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD, STERLING PRODUCTS, INC., CENOBIO CORTES, DIANA MADERO, CHARRA GOMEZ, SYLVIA BAEZ, MIRIAM MUNOZ, JOHN DOE (being fictitious and unknown to Plaintiff, intended to be tenants, occupants, persons, or corporations having or claiming an interest in or lien encumbering the property described in the Complaint or their heirs at law, distributes, executors, administrators, trustees, guardians, assignees, creditors, or successors.)<br>　　　　Defendants. | Civil Action No. 14-cv-6622 (RJD)<br><br>CERTIFICATE OF DEFAULT |

　　I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendants Nechuma Simon, Aaron Simon, Discover Bank, New York City Parking Violations Bureau, New York City Environmental Control Board, Sterling Products, Inc., Cenobio Cortes, Diana Madero, Charra Gomez, Sylvia Baez, and Miriam Munoz have not filed an answer or otherwise moved with respect to the complaint herein. The default of defendants, Nechuma Simon, Aaron Simon, Discover Bank, New York City Parking Violations Bureau, New York City Environmental Control Board, Sterling Products, Inc., Cenobio Cortes, Diana Madero, Charra Gomez, Sylvia Baez, and Miriam

Munoz, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York  Douglas C. Palmer, Clerk of the Court
Apr. 8, 2015

By: _____Janet Hamilton_____
　　　　　Deputy Clerk